# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 22-11204 |
| v. | : | Hon. André M. Espinosa |
| JUAN CARLOS CARMONA MEDINA | : | **CRIMINAL COMPLAINT** |

I, Daniel Esteves, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Task Force Officer with the U.S. Drug Enforcement Administration, and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached page and made a part hereof.

/s/ Daniel Esteves
_____
Daniel Esteves, Task Force Officer
U.S. Drug Enforcement Administration

Task Force Officer Esteves attested to this Complaint
by telephone pursuant to FRCP 4.1(b)(2)(A)
on July 28, 2022 in the District of New Jersey

_____
HONORABLE ANDRÉ M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE

1

## ATTACHMENT A

On or about July 27, 2022, in Essex County, the District of New Jersey and elsewhere, the defendant,

JUAN CARLOS CARMONA MEDINA,

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

**ATTACHMENT B**

I, Daniel Esteves, am a Task Force Officer with the U.S. Drug Enforcement Administration. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement has been investigating a drug trafficking organization (the "DTO") operating in the New York area and elsewhere. Pursuant to that investigation, in or around June 2022, a confidential source working under the direction of law enforcement met with Juan Carlos Carmona Medina ("CARMONA MEDINA") and obtained from him a sample of narcotics that subsequently field-tested positive for the presence of fentanyl.

2. On or about July 27, 2022, law enforcement learned that CARMONA MEDINA traveled from Yonkers, New York to an area in Philadelphia, Pennsylvania that law enforcement knew to be associated with narcotics-related activity. Through the use of electronic surveillance, law enforcement learned that CARMONA MEDINA remained in Philadelphia for less than one hour before beginning to drive back toward the New York area, even though a roundtrip between Yonkers and Philadelphia typically takes at least approximately four hours. Based on the foregoing, law enforcement suspected that CARMONA MEDINA traveled to Philadelphia to conduct a narcotics transaction, and subsequently conducted a lawful stop of CARMONA MEDINA while he was driving northbound through Newark, New Jersey.

3. Law enforcement approached CARMONA MEDINA and requested consent to search his vehicle, which CARMONA MEDINA provided verbally. In the front passenger floor area, law enforcement discovered a bag containing approximately 100 grams of a white powdery substance consistent with the appearance of narcotics. Law enforcement also found approximately four smaller plastic bags, each containing several grams of what also appeared to be narcotics. The substances contained inside each of the bags subsequently field-tested positive for the presence of fentanyl.

Case 2:23-cr-00196-CCC   Document 1   Filed 07/28/22   Page 4 of 4 PageID: 4